No. 180. ERICKSEN *v.* BRISTOW ET AL., JUSTICES OF THE SUPREME COURT OF ILLINOIS. Petition for writ of certiorari to the Supreme Court of Illinois and the alternative motion for leave to file petition for a writ of mandamus or a common law writ of certiorari or such other writ as may be appropriate are denied.

No. 201. MACNEIL BROS. CO. ET AL. *v.* JUSTICES OF THE SUPERIOR COURT ET AL. Motion for leave to supplement "Reasons for Granting Writ" denied. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied. *Angus MacNeil* for petitioners.

No. 4, Misc. ROSE *v.* BELL, SHERIFF. Motion for leave to file petition for writ of habeas corpus denied. *Joseph Kadans* and *F. J. Healy* for petitioner. *W. W. Barron,* Attorney General of West Virginia, and *Fred H. Caplan,* Assistant Attorney General, for respondent.